In the Matter of DONALD RAMSEY, Petitioner, v. IRWIN D. DAVIDSON, as a Justice of the Supreme Court of the State of New York, County of New York, et al., Respondents.— Application for an order pursuant to article 78 CPLR directed against a Justice of the Supreme Court of the State of New York, County of New York, unanimously denied, without costs or disbursements, and the petition dismissed. The subject matter of this proceeding is not a proper one for article 78 relief. (*Matter of Saunders* v. *Lupiano*, 30 A D 2d 803.) The petitioner has a complete remedy by appeal from a judgment of conviction, if there be one. (*Matter of Burton* v. *Marshall*, 20 N Y 2d 797; *Matter of Bloeth* v. *Marks*, 20 A D 2d 372.) Concur — Capozzoli, J. P., McGivern, Markewich, McNally and Steuer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. GEORGE POPLIS, Defendant.— Application unanimously granted, in the exercise of discretion and in the interests of justice, to the extent of providing that the testimony of a witness called by the prosecution who testified before the Judiciary Relations Committee of the Appellate Division shall be transmitted by the Committee to the trial court and may be made available to counsel by the Trial Justice after such witness has completed his direct testimony at the trial so that his testimony before the Judiciary Relations Committee on the "handling of the Roxanne Felumero case" may be available for use on cross-examination and for further use at the trail if counsel is so advised. In all other respects the application is denied. Concur — Stevens, P. J., Capozzoli, Tilzer, McNally and Steuer, JJ.